UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)
-------------------------------------------------------------------X
In Re:

                                                  Chapter 11

    FRANCIS GROUP HOLDING CORP.,        Case No. 04-13002-jf

                      Debtor.

-------------------------------------------------------------------X

## ORDER VOLUNTARILY DISMISSING
## CHAPTER 11 PETITION

The Debtor, Francis Group Holding Corp., having filed an application pursuant to

11 U.S.C. Sections 1112(b) and 1307(b) seeking to voluntarily dismiss this case, and it

appearing that this case has not been previously converted under 11 U.S.C. Sections 706,

1112 or 1208 and this matter having come before this Court on July 22, 2004 and the

Court, after due deliberation, having granted the application.

**IT IS ORDERED**, that the Chapter 11 petition is voluntarily dismissed; and it is

further

**ORDERED**, that within ten (10) days of the entry of this Order, the debtor shall

provide to the United States Trustee an accounting of disbursements made from the

inception of the case until the entry of the order and pay all outstanding United States

Trustee fees dues pursuant to 28 U.S.C. § 1930.

Dated: July 30, 2004
       Brooklyn, New York

                               E N T E R :

                                S/Jerome Feller
                                Hon. Jerome Feller
                                United States Bankruptcy Judge

CASE NO. 04-13002-jf
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK (BROOKLYN)

---

IN RE:

FRANCIS GROUP HOLDING CORP.,

Debtor.

---

**ORDER VOLUNTARILY DISMISSING CHAPTER 11**

---

Jeffrey Rosenberg, Esq (JR0858)
Attorney for Debtor
c/o Pitnick & Margolin, LLP
6800 Jericho Turnpike, Suite 206W
Syosset, New York 11791
(516) 921-3838